UNITED STATES of America,
Plaintiff-Appellee,

v.

WEST GULF MARITIME ASSOCIA-
TION, Inc., et al., Defendants-
Appellees,

v.

AMERICAN RADIO ASSOCIATION,
AFL–CIO, et al., Intervenors-
Appellants.

UNITED STATES of America,
Plaintiff-Appellee,

v.

WEST GULF MARITIME ASSOCIA-
TION, Inc., et al., Defendants,

v.

INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION, AFL–CIO, et al.,
Defendants-Appellants.

UNITED STATES of America,
Plaintiff-Appellee,

v.

INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION, AFL–CIO, et al.,
Defendants,

v.

SEAFARERS INTERNATIONAL UNION
OF NORTH AMERICA, AFL–CIO,
et al., Intervenors-Appellants.

UNITED STATES of America,
Plaintiff-Appellee,

v.

INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION, AFL–CIO, et al.,
Defendants-Appellants.

Nos. 71–3612, 71–3633, 72–1019 and
72–1020.

United States Court of Appeals,
Fifth Circuit.

March 21, 1972.

———◆———

Bertram Perkel, Schulman, Abarbanel, Perkel & McEvoy, New York City, W. Arthur Combs, Joseph F. Archer, Combs & Archer, Herman Wright, Houston, Tex., C. Paul Barker, New Orleans, La., for American Radio Assn. and others in No. 71–3612.

Robert Eikel, Houston, Tex., Bryan F. Williams, Jr., of Royston, Rayzor & Cook, Galveston, Tex., Ben Reynolds, Houston, for West Gulf Maritime Ass'n in No. 71–3612.

Anthony J. P. Farris, U. S. Atty., Houston, Tex., for the United States in No. 71–3612.

Warner F. Brock, Brock & Williams, James P. Wolf, Dixie, Wolf & Hall, Herman Wright, Mandell & Wright, Houston, Tex., Bertram Perkel, New York City, for International Longshoremen's Assn. and others in No. 71–3633.

William L. Bowers, Jr., James R. Gough, Asst. U. S. Attys., Houston, Tex., Bryan F. Williams, Jr., of Royston, Rayzor & Cook, Galveston, Tex., Robert Eikel, Houston, Tex., for the United States in No. 71–3633; A. Theodore Giattina, Civil Div., Dept. of Justice, Washington, D. C., of counsel.

Bertram Perkel, New York City, C. Paul Barker, New Orleans, La., W. Arthur Combs, Houston, Tex., for Seafarers International Union and others in No. 72–1019.

Gerald Gallinghouse, U. S. Atty., James D. Carriere, Mary Cazalas, Asst. U. S. Attys., New Orleans, La., for the United States in Nos. 72–1019 and 72–1020.

Alvin J. Liska, Victor H. Hess, Jr., New Orleans, La., Bertram Perkel, New York City, for International Longshoreman's Ass'n, AFL–CIO, and others in No. 72–1020.

Andrew P. Carter, David E. Walker, Charles King Mallory, New Orleans, La., for N.O. Steamship Ass'n.

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

It appearing that the matters giving rise to these appeals are moot, the judgments of the district courts in question are vacated and the causes are remanded to the district courts with direction to dismiss the proceedings as being moot. Cf. United States v. Munsingwear, Inc., 1950, 340 U.S. 36, 39–40, 71 S.Ct. 104, 95 L.Ed. 36; Troy State University v. Dickey, 5 Cir., 1968, 402 F.2d 515, 516–517; Lebus, Regional Director v. Seafarers' Int'l Union, 5 Cir., 1968, 398 F.2d 281, 283, on the procedure to be followed by the court of appeals in dismissing a case by reason of mootness.

Vacated and remanded with directions.